UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. ANTHONY KITE, | : : : | Civil No. 05-3066(FSH) |
| v. | : : | |
| BESLER CONSULTING, et. al. | : | ORDER ON INFORMAL APPLICATION |

This matter having come before the Court by way of submissions dated October 7, 2008 and October 8, 2008, regarding the defendants' request for a one-week extension of the deadline to file motions to dismiss;

and the defendants asserting that the additional time is needed to review information that was disclosed as a result of the Order dated October 7, 2008;

and while the information that has been disclosed as a result of the October 7, 2008 Order is not voluminous, the additional time that has been requested will not delay these proceedings;

and the Court providing the plaintiff a commensurate extension of time to file his response brief and an brief extension for the defendants to provide the reply;

and for good cause shown,

IT IS ON THIS 8th day of October, 2008

ORDERED that all motions to dismiss (except the motion to be filed by St. Joseph's) shall be filed no later than **October 17, 2008**.  To the extent possible, the movants shall attempt to file an omnibus brief.  To the extent this is not possible, then the movants shall attempt to join the motions of other defendants and rely on their arguments;

IT IS FURTHER ORDERED that the plaintiff shall provide his response no later than **November 24, 2008;**

IT IS FURTHER ORDERED that the brief of the United States shall be submitted no later than **December 1, 2008**;

IT IS FURTHER ORDERED that the defendants shall submit their reply to briefs of the plaintiff and the United States no later than **December 22, 2008**;

IT IS FURTHER ORDERED that the return date shall be **January 5, 2009** before the Hon. Faith S. Hochberg.  Her Honor's Chambers will advise the parties if oral argument will be required;

IT IS FURTHER ORDERED that, as set forth in the Order dated September 5, 2008, the parties shall exchange their Rule 26 disclosures no later than **October 15, 2008** and meet and confer to complete the joint discovery plan no later than **October 10, 2008.**  The plan shall be submitted no later than **October 16, 2008;** and

IT IS FURTHER ORDERED that the Rule 16 conference shall take place on **October 24, 2008 at 10:00 a.m.**

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**